# Exhibit 7

# Exhibit 7
# Infringement of US RE47,200 E
# by communication devices operating in
# accord with UMTS as defined in the  ETSI
# 3GPP technical specification cited herein

## Infringed Claims

10. A method for calculating an initial security count value for a new channel, the method comprising:

establishing a plurality of established channels in a wireless communication device, wherein each established channel in the wireless communication device has a corresponding security count value and utilizes a first security key;

performing a security mode reconfiguration to change utilization of each of the established channels in the wireless communication device from the first security key to a second security key according to an activation time for each of the established channels, wherein upon utilization of the second security key by one of the established channels, the corresponding security count value for the one of the established channels is changed, wherein the second security key is a new security key that replaces the first security key and is different from the first security key;

initiating establishment of a new channel in the wireless communication device;

assigning the second security key to the new channel;

utilizing a first set to obtain a first value, wherein the first set is consisting of corresponding security count values of the established channels in the wireless communication device that utilize the second key, and wherein the first value is at least as great as the x most significant bits (MSBx), of a value in the first set; and at least one of the established channels utilizing the first security key; and

setting the MSBx of the initial security count value for the new channel equal to the first value; wherein if the first set is empty, then the first value is set to a first predetermined value.

2

# Exemplary claims

11. The method of claim 10, wherein the first predetermined value is zero.

12. The method of claim 10, wherein the first value is at least as great as the MSBx of the greatest value in the first set.

13. The method of claim 10, wherein the first value is greater than the MSBx of the greatest value in the first set.

14. The method of claim 10, wherein the first set includes the corresponding security count values of each established channel in the wireless communication device utilizing the second security key when initiating the establishment of the new channel in the wireless communication device.

1. A method for calculating an initial security count value for a new channel, the method comprising:

### 8.6.4.2        RAB information for setup

If the IE "RAB information for setup" is included, the procedure is used to establish radio bearers belonging to a radio access bearer, and the UE shall:

[...]

1>        if the radio access bearer identified with the IE "RAB info" does not exist in the variable ESTABLISHED_RABS:

[...]

2> if at least one RLC-AM or RLC-UM radio bearer is included in the IE "RB information to setup":

3> calculate the START value only once during this procedure (the same START value shall be used on all new radio bearers created for this radio access bearer) according to subclause 8.5.9 for the CN domain as indicated in the IE "CN domain identity" in the IE "RAB info" part of the IE "RAB information to setup";

3> store the calculated START value in the variable START_VALUE_TO_TRANSMIT.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

establishing a plurality of established channels in a wireless communication device,



Figure 4.2-1: UE side model of RRC

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

wherein each established channel in the wireless communication device has a **corresponding security count value**

## 8.5.8    Maintenance of Hyper Frame Numbers

The MSBs of both the ciphering sequence numbers (COUNT-C) and integrity sequence numbers (COUNT-I), for the ciphering and integrity protection algorithms, respectively [40], are called the Hyper Frame Numbers (HFN).

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

utilizes a first security key;

## 8.5.9    START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X'$ = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

- if $START_X'$ = the maximum value = 1048575 then $START_X = START_X'$;

- if the current $START_X < START_X'$ then $START_X = START_X'$, otherwise $START_X$ is unchanged.

NOTE:        Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X'$.

**3GPP TS 25.331 V6.26.0,** [http://www.3gpp.org/DynaReport/25-series.htm](http://www.3gpp.org/DynaReport/25-series.htm)

performing a security mode reconfiguration to change

### 8.1.12.2.1   Ciphering configuration change

To start/restart ciphering, UTRAN sends a SECURITY MODE COMMAND message on the downlink DCCH in AM RLC using the most recent ciphering configuration. If no such ciphering configuration exists then the SECURITY MODE COMMAND is not ciphered. UTRAN should not transmit a SECURITY MODE COMMAND to signal a change in ciphering algorithm.

When configuring ciphering, UTRAN should ensure that the UE needs to store at most two different ciphering configurations (keyset and algorithm) per CN domain, in total over all radio bearers at any given time. For signalling radio bearers the total number of ciphering configurations that need to be stored is at most three. Prior to sending the SECURITY MODE COMMAND, for the CN domain indicated in the IE "CN domain identity" in the SECURITY MODE COMMAND, UTRAN should:

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

utilization of each of the established channels in the wireless communication device from the first security key to a second security key according to an activation time for each of the established channels,

### 8.1.12.2.1 Ciphering configuration change

. . .

1> set, for each suspended radio bearer and signalling radio bearer that has no pending ciphering activation time set by a previous security mode control procedure, an "RLC sequence number" in IE "Radio bearer downlink ciphering activation time info" in the IE "Ciphering mode info", at which time the new ciphering configuration shall be applied;

1> set, for each suspended radio bearer and signalling radio bearer that has a pending ciphering activation time set by a previous security mode control procedure, the "RLC sequence number" in IE "Radio bearer downlink ciphering activation time info" in the IE "Ciphering mode info" to the value used in the previous security mode control procedure, at which time the latest ciphering configuration shall be applied;

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

wherein upon utilization of the second security key by one of the established channels, the corresponding security count value for the one of the established channels is changed,

### 8.1.12.3.1 New ciphering and integrity protection keys

. . .

3> if the IE "Status" in the variable CIPHERING_STATUS has the value "Started" for this CN domain, then for ciphering on radio bearers and signalling radio bearers using RLC-AM and RLC-UM:

4> in the downlink, at the RLC sequence number indicated in IE "Radio bearer downlink ciphering activation time info" in the IE "Ciphering mode info":

5> start using the new key;

5> set the HFN component of the downlink COUNT-C to zero.

4> in the uplink, at the RLC sequence number indicated in IE "Radio bearer uplink ciphering activation time info":

5> start using the new key;

5> set the HFN component of the uplink COUNT-C to zero.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

10

wherein the second security key is a new security key that replaces the first security key and is different from the first security key;

8.1.12.3.1 New ciphering and integrity protection keys

. . .

3> if the IE "Status" in the variable CIPHERING_STATUS has the value "Started" for this CN domain, then for ciphering on radio bearers and signalling radio bearers using RLC-AM and RLC-UM:

    4> in the downlink, at the RLC sequence number indicated in IE "Radio bearer downlink ciphering activation time info" in the IE "Ciphering mode info":

        5> start using the new key;

        5> set the HFN component of the downlink COUNT-C to zero.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

initiating establishment of a new channel in the wireless communication device;

### 8.6.4.2        RAB information for setup

If the IE "RAB information for setup" is included, the procedure is used to establish radio bearers belonging to a radio access bearer, and the UE shall:

1> if several IEs "RAB information for setup" are included and the included IEs "CN domain identity" in the IE "RAB info" does not all have the same value:

2> set the variable INVALID_CONFIGURATION to TRUE.

1> if the radio access bearer identified with the IE "RAB info" does not exist in the variable ESTABLISHED_RABS:

2> create a new entry for the radio access bearer in the variable ESTABLISHED_RABS;

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

assigning the second security key to the new channel;

### 8.6.4.3        RB information to setup

If the IE "RB information to setup" is included, the UE shall apply the following actions on the radio bearer identified with the value of the IE "RB identity". The UE shall:

    1> use the same START value to initialise the hyper frame number components of COUNT-C variables for all the new radio bearers to setup;

    [...]

    1> if the IE "Uplink RLC mode" or the IE "Downlink RLC mode" either in the IE "RLC info" or referenced by the RB identity in the IE "Same as RB" is set to "AM RLC" or "UM RLC":

        2> initialise the 20 MSB of the hyper frame number component of COUNT-C for this radio bearer with the START value in the variable START_VALUE_TO_TRANSMIT;

        2> set the remaining LSB of the hyper frame number component of COUNT-C for this radio bearer to zero;

        2> start incrementing the COUNT-C values.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

utilizing a first set to obtain a first value,

## 8.5.9    START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X'$ = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

- if $START_X'$ = the maximum value = 1048575 then $START_X$ = $START_X'$;

- if the current $START_X$ < $START_X'$ then $START_X$ = $START_X'$, otherwise $START_X$ is unchanged.

NOTE:        Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X'$.

**3GPP TS 25.331 V6.26.0,** [http://www.3gpp.org/DynaReport/25-series.htm](http://www.3gpp.org/DynaReport/25-series.htm)

14

wherein the first set is consisting of corresponding security count values of the established channels in the wireless communication device that utilize the second key, and wherein the first value is at least as great as the x most significant bits (MSBx), of a value in the first set; and at least one of the established channels utilizing the first security key;

### 8.5.9    START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X$' = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

- if $START_X$'= the maximum value = 1048575 then $START_X$ = $START_X$';

- if the current $START_X$ < $START_X$' then $START_X$ = $START_X$', otherwise $START_X$ is unchanged.

NOTE:        Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X$'.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

setting the MSBx of the initial security count value for the new channel equal to the first value;

### 8.6.4.3        RB information to setup

If the IE "RB information to setup" is included, the UE shall apply the following actions on the radio bearer identified with the value of the IE "RB identity". The UE shall:

1> use the same START value to initialise the hyper frame number components of COUNT-C variables for all the new radio bearers to setup;

[...]

1> if the IE "Uplink RLC mode" or the IE "Downlink RLC mode" either in the IE "RLC info" or referenced by the RB identity in the IE "Same as RB" is set to "AM RLC" or "UM RLC":

2> initialise the 20 MSB of the hyper frame number component of COUNT-C for this radio bearer with the START value in the variable START_VALUE_TO_TRANSMIT;

2> set the remaining LSB of the hyper frame number component of COUNT-C for this radio bearer to zero;

2> start incrementing the COUNT-C values.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

wherein if the first set is empty, then the first value is set to a first predetermined value.

### 8.1.12.3.1        New ciphering and integrity protection keys

NOTE:    The actions in this subclause are to be performed only if the new keys were received for an ongoing RRC connection while in UTRA.

If a new security key set (new ciphering and integrity protection keys) has been received from the upper layers [40] for the CN domain as indicated in the variable LATEST_CONFIGURED_CN_DOMAIN, the UE shall:

   1>        set the START value for the CN domain indicated in the variable LATEST_CONFIGURED_CN_DOMAIN to zero;

   [...]

      4> in the uplink, at the RLC sequence number indicated in IE "Radio bearer uplink ciphering activation time info":

         5> start using the new key;

         5> set the HFN component of the uplink COUNT-C to zero.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

11. The method of claim 10, **wherein the first predetermined value is zero.**

### 8.1.12.3.1          New ciphering and integrity protection keys

NOTE:    The actions in this subclause are to be performed only if the new keys were received for an ongoing RRC connection while in UTRA.

If a new security key set (new ciphering and integrity protection keys) has been received from the upper layers [40] for the CN domain as indicated in the variable LATEST_CONFIGURED_CN_DOMAIN, the UE shall:

1>        set the START value for the CN domain indicated in the variable LATEST_CONFIGURED_CN_DOMAIN to zero;

[...]

4>    in the uplink, at the RLC sequence number indicated in IE "Radio bearer uplink ciphering activation time info":

5>  start using the new key;

5>  set the HFN component of the uplink COUNT-C to zero.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

18

12. The method of claim 10, wherein the first value is at least as great as the MSBx of the greatest value in the first set.

## 8.5.9     START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X'$ = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

-    if $START_X'$ = the maximum value = 1048575 then $START_X = START_X'$;

-    if the current $START_X < START_X'$ then $START_X = START_X'$, otherwise $START_X$ is unchanged.

NOTE:        Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X'$.

**3GPP TS 25.331 V6.26.0,** [http://www.3gpp.org/DynaReport/25-series.htm](http://www.3gpp.org/DynaReport/25-series.htm)

13. The method of claim 10, wherein the first value is greater than the MSBx of the greatest value in the first set.

## 8.5.9      START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X$' = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

- if $START_X$'= the maximum value = 1048575 then $START_X$ = $START_X$';

- if the current $START_X$ < $START_X$' then $START_X$ = $START_X$', otherwise $START_X$ is unchanged.

NOTE:        Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X$'.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

14. The method of claim 10, wherein the first set includes the corresponding security count values of each established channel in the wireless communication device utilizing the second security key

## 8.5.9      START value calculation

In connected mode, if a security mode command procedure has been successfully completed for a CN domain during the current RRC connection, the START value for that CN domain is calculated as:

Let $START_X$ = the START value for CN domain 'X' prior to the calculation below:

$START_X'$ = $MSB_{20}$ ( MAX {COUNT-C, COUNT-I | radio bearers and signalling radio bearers using the most recently configured $CK_X$ and $IK_X$}) + 2.

- if $START_X'$= the maximum value = 1048575 then $START_X$ = $START_X'$;

- if the current $START_X$ < $START_X'$ then $START_X$ = $START_X'$, otherwise $START_X$ is unchanged.

NOTE:          Here, "most recently configured" means that if there is more than one key in use for a CN domain, due to non-expiry of the ciphering and/or integrity protection activation time for any signalling radio bearers and/or radio bearers, do not include the COUNT-I/COUNT-C for these signalling radio bearers and/or radio bearers in the calculation of the $START_X'$.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm

when initiating the establishment of the new channel in the wireless communication device.

### 8.6.4.3        RB information to setup

If the IE "RB information to setup" is included, the UE shall apply the following actions on the radio bearer identified with the value of the IE "RB identity". The UE shall:

1> use the same START value to initialise the hyper frame number components of COUNT-C variables for all the new radio bearers to setup;

[...]

1> if the IE "Uplink RLC mode" or the IE "Downlink RLC mode" either in the IE "RLC info" or referenced by the RB identity in the IE "Same as RB" is set to "AM RLC" or "UM RLC":

2> initialise the 20 MSB of the hyper frame number component of COUNT-C for this radio bearer with the START value in the variable START_VALUE_TO_TRANSMIT;

2> set the remaining LSB of the hyper frame number component of COUNT-C for this radio bearer to zero;

2> start incrementing the COUNT-C values.

**3GPP TS 25.331 V6.26.0,** http://www.3gpp.org/DynaReport/25-series.htm