IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 6:21-cv-358-ADA<br><br>JURY TRIAL DEMANDED<br><br>████████████████ |

**DECLARATION OF DEEPA ACHARYA IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Deepa Acharya, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Area of Service function on the U.S. Marshals Service webpage, available at https://www.usmarshals.gov/district/tx-w/general/area.htm, with annotations indicating that Collin County and Denton County are located in the Eastern District of Texas, and Dallas is located in the Northern District of Texas.

3. Attached hereto as Exhibit 2 is a true and correct copy of a screenshot of the Franchise Tax Account Status for "L2 Mobile Technologies LLC" on the Texas Comptroller of Public Accounts webpage.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the LinkedIn profile of Christian Dubuc, available at https://www.linkedin.com/in/christian-dubuc-b65ba73/ (last accessed on July 2, 2021).

5. Attached hereto as Exhibit 4 is a true and correct copy of the webpage titled "Longhorn IP Announces Key Leadership Changes," Harfang IP, posted November 21, 2019, available at https://harfangip.com/longhorn-ip-announces-key-leadership-changes (last accessed on July 2, 2021).

6. Attached hereto as Exhibit 5 is a true and correct copy of a screenshot of the Franchise Tax Account Status for "Longhorn IP LLC" on the Texas Comptroller of Public Accounts webpage.

7. Attached hereto as Exhibit 6 is a true and correct copy of the webpage titled "Contact Us," Longhorn IP, https://www.longhornip.com/contact-us (last accessed on July 2, 2021).

8. The names, positions, and locations of the employees listed on Longhorn's website, available at https://www.longhornip.com/people, a true and correct copy of which is attached as Exhibit 7, are shown in the chart below:

| Exhibit | Name | Position | Location |
|---|---|---|---|
| Exhibit 8 | Khaled Fekih-Romdhane | Founder, President, CEO | Dallas, TX |
| Exhibit 9 | Do Kim | General Counsel | Dallas, TX |
| Exhibit 10 | Soogeun Lee | Vice-President, Engineering | Ottawa, ON, Canada |
| Exhibit 11 | Hassan Zeino | Vice President, Engineering | Ottawa, ON, Canada |
| Exhibit 12 | Bayram Hammami | Vice President, European Operations | France |

9. Attached hereto as Exhibit 13 is a true and correct copy of a screenshot of the Franchise Tax Account Status for "Tanit Ventures Inc." on the Texas Comptroller of Public Accounts webpage.

10. Attached hereto as Exhibit 14 is a true and correct copy of "Pixel by Google," Qualcomm, available at https://www.qualcomm.com/snapdragon/smartphones/pixel-google (last accessed on July 2, 2021).

11. The names, roles, and locations of potentially relevant third-party witnesses and evidence are listed in the chart below.

| **Exhibit** | **Name** | **Role** | **Location** |
|---|---|---|---|
| Exhibit 15 | Qualcomm Inc. | Supplier of processors for Pixel Products | HQ in San Diego, California; Incorporated in Delaware. |
| Exhibit 16 | Sam Shiaw-Shiang Jang | Patent inventor for U.S. Patent Nos. 8,179,913 ("the '913 patent"); 8,054,777 ("the '777 patent"); and co-inventor for RE47,200 ("the '200 patent") | Taipei, Taiwan |
| Exhibit 16 | Richard Lee-Chee Kuo | Patent co-inventor for the '200 patent | Taipei, Taiwan |
| Exhibit 16 | Chi-Fong Ho | Patent co-inventor for the '200 patent | Hsin-Chu Hsien, Taiwan |
| Exhibit 17 | Blue Capital Law Firm, P.C. | Registered prosecuting attorney/agent for the '913 patent and '777 patent | Costa Mesa, CA |
| Exhibit 18 | Andrew Chen | Registered prosecuting attorney/agent for '913 patent and the '777 patent | Los Angeles, CA |

| Exhibit 19 | Sang Dang | Registered prosecuting attorney/agent for the '913 patent and the '777 patent | Costa Mesa, CA |
| --- | --- | --- | --- |
| Exhibit 20 | Klein, O'Neill & Singh LLP | Named prosecuting attorneys on the face of the '913 patent and the '777 patent | Irvine, CA |
| Exhibit 21 | Fitch, Even, Tabin & Flannery LLP | Registered prosecuting attorney/agent for the '200 patent; correspondent for the '200 patent assignments | Chicago, IL |
| Exhibit 22 | Innovative Sonic Limited | Original assignees for the '913 patent; second assignees for the '777 patent and the '200 patent | Ebene, Mauritius |
| Exhibit 23 | ASUSTeK Computers Inc. | Original assignee for the '777 and '200 patents | Taipei, Taiwan |
| Exhibit 24 | Birch, Stewart, Kolasch & Birch, LLP | Correspondent for the original assignment of the '913 patent, '777 patent | Falls Church, VA |
| Exhibit 25 | Joe McKinney Muncy | Correspondent for the original assignment of the '913 patent, '777 patent | Fairfax, VA |

12. The names, affiliations, and locations of potentially relevant third-party witnesses to the parties pre-suit discussions are listed in the chart below.

| Exhibit | Name | Affiliation | Location |
| --- | --- | --- | --- |
| Exhibit 26 | Nicholas T. Peters | Fitch, Even, Tabin & Flannery, LLP | Chicago, IL |
| Exhibit 27 | Joseph F. Marinelli | Fitch, Even, Tabin & Flannery, LLP | Chicago, IL |

| Exhibit 28 | Curt Dodd | Harfang IP | Laguna Beach, CA |

13. Attached hereto as Exhibit 29 is a true and correct copy of the ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮.

14. Attached hereto as Exhibit 30 is a true and correct copy of the flight schedules from San Francisco International Airport (SFO) to Waco Regional Airport (ACT) on May 5, 2022 from Google flights. There are no nonstop flights available. Travel times range from 4 hours and 53 minutes to 12 hours and 18 minutes.

15. Attached hereto as Exhibit 31 is a true and correct copy of a report from Docket Navigator showing a comparison of the median time to trial between the Western District of Texas and the Northern District of California in the 2010-2021 timeframe.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed July 6, 2021 in Marshall, Texas.

_____
Deepa Acharya