# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 6:21-cv-00358-ADA<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF JOSEPH F. MARINELLI IN SUPPORT OF PLAINTIFF L2MT'S OPPOSITION TO GOOGLE'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

I, Joseph F. Marinelli, declare as follows:

1. I am a partner at the law firm of Fitch, Even, Tabin & Flannery LLP and I am an attorney of record in this action for L2 Mobile Technologies LLC ("L2MT").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, would competently testify thereto.

3. I submit this Declaration in support of the Opposition of Plaintiff L2 Mobile Technologies LLC to Google's Motion to Transfer Venue Under 28 U.S.C. § 1404(a).

4. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot of the Google Maps route from 8105 Rasor Boulevard, Plano TX to 800 Franklin Avenue, Waco TX, last accessed on July 18, 2021, showing that the route is approximately 121 miles.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot of the Google Maps route from 5204 Bluewater Dr., Frisco, TX to 800 Franklin Avenue, Waco TX, last accessed on July 18, 2021, showing that the route is approximately 128 miles.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Brian Banister, VP of Engineering at Qualcomm Technologies, Inc., as filed in the *Sun Patent Trust v. HTC Corp.* case, cited as *Sun Patent Trust v. HTC Corp.*, 2:20-cv-286-JRG, Dkt. 35-13 (E.D. Tex. Feb, 23, 2021).

7. Attached hereto as **Exhibit 4** is a true and correct copy of a screenshot of the Google Maps route from Qualcomm Way, San Diego, CA to Seattle, WA, last accessed on July 18, 2021, showing that the route is approximately 1253 miles.

8. Attached hereto as **Exhibit 5** is a true and correct copy of a screenshot of the Google Maps route from Qualcomm Way, San Diego, CA to 800 Franklin Avenue, Waco, TX, last accessed on July 18, 2021, showing that the route is approximately 1335 miles.

9. Attached hereto as **Exhibit 6** is a true and correct copy of a screenshot from Qualcomm's website listing all 166 of its office locations across the globe, available at https://www.qualcomm.com/company/facilities/offices (last accessed on July 18, 2021).

10. Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot of the Google Maps route from Chicago, IL to 800 Franklin Avenue, Waco, TX, last accessed on July 18, 2021, showing that the route is approximately 1022 miles.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of the Google Maps route from Chicago, IL to San Francisco, last accessed on July 18, 2021, showing that the route is approximately 2127 miles.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a screenshot of the Google Maps route from Fairfax, VA to 800 Franklin Avenue, Waco, TX, last accessed on July 18, 2021, showing that the route is approximately 1410 miles.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a screenshot of the Google Maps route from Fairfax, VA to San Francisco, CA, last accessed on July 18, 2021, showing that the route is approximately 2813 miles.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a screenshot of an article titled "Google Announces Plans to Invest $50M in Texas This Year" dated March 18, 2021, available at https://www.tmc.edu/news/2021/03/google-announces-plans-to-invest-50m-in-texas-this-year/ (last accessed on July 18, 2021).

15. Attached hereto as **Exhibit 12** is a true and correct copy of a screenshot of an article from Google's blog titled "Investing in America in 2021," authored by Google and Alphabet CEO Sundar Pichai, dated March 18, 2021, available at https://blog.google/inside-google/company-announcements/investing-america-2021/ (last accessed on July 18, 2021).

16. Attached hereto as **Exhibit 13** is a true and correct copy of a report titled "Google is Proud to Call Texas Home," accessible as part of Google's 2020 Economic Impact Report, available at https://economicimpact.google.com/state/tx/?utm_source=shortlink2 (last accessed on July 20, 2021).

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2021 in Chicago, Illinois.

Dated: July 20, 2021

/s/ *Joseph F. Marinelli*
Joseph F. Marinelli
*Attorney for Plaintiff*
L2 Mobile Technologies LLC