# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No.: 6:21-cv-00358-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DO KIM IN SUPPORT OF PLAINTIFF L2MT'S OPPOSITION TO GOOGLE'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

I, Do Kim, declare as follows:

1. I am the General Counsel of Longhorn IP LLC ("Longhorn"), and have held this position since September 2020. L2 Mobile Technologies LLC ("L2MT") is a subsidiary of Longhorn. I have personal knowledge of the facts set forth herein and, if called as a witness, would competently testify thereto.

2. I submit this Declaration in support of the Opposition of Plaintiff L2 Mobile Technologies LLC to Google's Motion to Transfer Venue Under 28 U.S.C. § 1404(a).

3. As General Counsel of Longhorn, I am responsible for managing various legal matters for L2MT. I am generally familiar with L2MT's operations, its executed licenses, and its licensing negotiations, among other topics.

4. Through my discussions with other L2MT and Longhorn personnel, and my participation with pre-suit licensing discussions with Google, I am generally informed regarding the licensing discussions with Google.

1

5. L2MT and its sole member Longhorn are headquartered at 8105 Rasor Blvd., Suite 210, Plano, Texas 75024, and L2MT has a mailing address at 5204 Bluewater Dr., Frisco, Texas 75034.

6. L2MT retains certain physical copies of documents at its headquarters in Plano, Texas, including original correspondence and original signed license agreements between L2MT and its licensees, bank statements related to L2MT's standard essential patent portfolio which includes the Patents-in-Suit, and L2MT's corporate formation documents. L2MT also retains certain physical copies of licensing documents at its mailing address in Frisco. L2MT's headquarters in Plano and its mailing address in Frisco are both approximately 125 miles from the Waco courthouse. It would be more convenient to transport these documents to the Western District of Texas than to the Northern District of California.

7. The L2MT and Longhorn personnel who were primarily involved in the pre-suit licensing negotiations with Google related to the Patents-in-Suit are based in the Dallas and Frisco, Texas areas, and in Canada.

8. Based on my conversations with L2MT and Longhorn personnel, I understand that negotiations between L2MT and Google regarding the Patents-in-Suit began around September 2018. Since then, L2MT and Google have been engaged in licensing discussions regarding L2MT's SEP portfolio.

9. During L2MT's substantive pre-suit licensing negotiations with Google, the representatives of L2MT that were primarily involved included Khaled Fekih-Romdhane, Hassan Zeino, and me, and L2MT's outside counsel at Fitch, Even, Tabin & Flannery LLP, including Nicholas Peters.

10. Regarding Google's participants, I understand that Matthew Gubiotti, a Google employee working at its San Francisco office, was initially involved in discussions with L2MT in 2018, but the majority of the substantive pre-suit licensing negotiations related to the L2MT portfolio, including the Patents-in-Suit, were handled by George Bonanto (working at Google's Boulder, Colorado office) and Brad Murray (working at Google's Chicago, Illinois office).

11. Additionally, Mr. Fekih-Romdhane and I are both integrally involved in licensing the Patents-in-Suit to other companies on FRAND terms, and we have knowledge regarding the terms of L2MT's previously executed licenses.

12. Before filing this action, L2MT had not previously initiated any litigation involving the Patents-in-Suit and had licensed its SEP portfolio to numerous entities.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed on July 20, 2021 in Plano, Texas.

Dated: July 20, 2021

Do Kim
General Counsel
Longhorn IP LLC