IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Civil Action No. 6:21-cv-358-ADA<br><br>JURY TRIAL DEMANDED |

**REPLY DECLARATION OF DEEPA ACHARYA IN SUPPORT OF DEFENDANT GOOGLE LLC'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1404(a)**

I, Deepa Acharya, declare as follows:

1. I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Plaintiff L2 Mobile Technologies LLC's preliminary infringement contentions, dated July 20, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of a screenshot of the Google Maps route from Qualcomm Way, San Diego, CA to the Phillip Burton Federal Building in San Francisco, CA, last accessed on July 26, 2021, showing that this route is about 499 miles.

I declare under the laws of the United States of America that the foregoing is true and correct. Executed July 27, 2021 in Washington, D.C.

_____
Deepa Acharya

2