IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Civil Action No. 6:21-cv-358-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION FOR THE ISSUANCE OF LETTER ROGATORY TO PRODUCE DOCUMENTS OF ASUSTEK COMPUTER INC. (TAIWAN)**

    I, Andrea Pallios Roberts, declare as follows:

    1.    I am an attorney at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of the U.S. Patent No. RE47,200 (the "'200 patent") assignment from Sam Shiaw-Shiang Jiang, Richard Lee-Chee Kuo, and Chi-Fong Ho to ASUSTeK Computer Inc. ("ASUSTeK"), executed on August 10, 2001, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-53171-809.pdf

    3.    Attached hereto as Exhibit 2 is a true and correct copy of the '200 Patent assignment from ASUSTeK to Innovative Sonic Limited ("ISL"), executed on November 20, 2006, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-53207-387.pdf.

1

4. Attached hereto as Exhibit 3 is a true and correct copy of the '200 Patent assignment from ISL to L2 Mobile Technologies LLC ("L2MT"), executed on January 5, 2017, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-53226-891.pdf

5. Attached hereto as Exhibit 4 is a true and correct copy of the U.S. Patent No. 8,054,777 (the "'777 patent") assignment from Sam Shiaw-Shiang Jiang to ASUSTeK, executed on September 19, 2006, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-19322-761.pdf.

6. Attached hereto as Exhibit 5 is a true and correct copy of the '777 Patent assignment from ASUSTeK to ISL, executed on November 20, 2006, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-19123-679.pdf

7. Attached hereto as Exhibit 6 is a true and correct copy of the '777 Patent corrective assignment from ASUSTeK to ISL, executed on June 5, 2014, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-33276-163.pdf

8. Attached hereto as Exhibit 7 is a true and correct copy of the '777 Patent assignment from ISL to L2MT, executed on January 5, 2017, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-42637-703.pdf

9. Attached hereto as Exhibit 8 is a true and correct copy of the U.S. Patent No. 8,179,913 (the "'913 patent") assignment from Sam Shiaw-Shiang Jiang to ISL, executed on April 30, 2007, that is available at available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-19322-761.pdf.

10. Attached hereto as Exhibit 9 is a true and correct copy of the '913 Patent assignment from ISL to L2MT, executed on January 5, 2017, that is available at https://legacy-assignments.uspto.gov/assignments/assignment-pat-42637-703.pdf.

I declare under the laws of the United States of America that the foregoing is true and correct.  Executed December 3, 2021 in San Carlos, California.

>  /s/ Andrea Pallios Roberts
>  Andrea Pallios Roberts