**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| L2 MOBILE TECHNOLOGIES LLC,<br><br>Plaintiff<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Civil Action No.  6:21-cv-00358-ADA<br><br>The Honorable Alan D. Albright |

**JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to the Court's Scheduling Order (ECF Nos. 29), Plaintiff L2 Mobile Technologies

LLC ("L2MT") and Defendant Google LLC ("Google") submit this Joint Claim Construction

Statement.

The asserted patents and claims are:

- U.S. Patent No. 8,179,913, claims 1–4

- U.S. Patent No. 8,054,777, claims 1, 2, 6, 8, 9, 13, 15, 16

- U.S. Patent No. RE47,200, claims 10-14

The parties' agreed and disputed claim constructions are below.

## I.     AGREED CLAIM TERMS

| The '200 Patent | | |
|---|---|---|
| **Term, Phrase, or Clause** | **Patent Claims** | **Agreed Construction** |
| Consisting of corresponding security count values of the established channels in the wireless communications device that utilize the second key | 10, 14 | Plain and Ordinary Meaning |

## II.    DISPUTED CLAIM TERMS

| The '200 Patent | | | | |
|---|---|---|---|---|
| **Term, Phrase, or Clause** | **Patent Claims** | **Party Proposing** | **L2MT's Construction** | **Google's Construction** |
| Order of Method Steps | 10 | Google | No particular order is required except as defined by the claim itself | The steps of the claim must be performed in the recited order<br><br>Alternatively, "the steps of the claim must be performed in the recited order, except that step 10(b) must be performed after step 10(a) and before step 10(d)." |
| the first value is at least as great as the x most significant bits (MSBx) of a value in the first set and at least one of the established channels utilizing the first security key | 10 | Google | The first value is at least as great as the x most significant bits (MSBx) of a value in the first set. In addition, at least one of the established channels utilizes the first security key | Indefinite |
| a first predetermined value | 10, 11 | Google | Plain and Ordinary Meaning | a first default value |

| The '777 Patent | | | | |
|---|---|---|---|---|
| **Term, Phrase, or Clause** | **Patent Claims** | **Party Proposing** | **L2MT's Construction** | **Google's Construction** |
| only reestablishing the receiving side in the RLC entity of the communications device | 1, 2 | L2MT | reestablishing the receiving side without reestablishing the transmitter side | only changing the originally configured values for the RLC entity of the communications device in the receiving side, which is different from a reset procedure |

| | | | | |
|---|---|---|---|---|
| reestablishing the receiving side | 1, 2 | Google | executing a procedure that includes resetting state variables specified for the receiver side to their initial values and setting configurable parameters to their configured values | changing the originally configured values for the RLC entity in the receiving side, which is different from a reset procedure |
| Move Receiving Window (MRW) Acknowledgement (ACK) Status PDU | 1, 2 | L2MT | a Status PDU including an indication of MRW ACK | Plain and Ordinary Meaning |
| accurately reestablishing the receiving side | 2 | Google | No construction is necessary; the proposed term/phrase is only present in the preamble of the claim and therefore the claim term/phrase is nonlimiting.<br><br>Alternatively, "correctly reestablishing the receiving side" | Indefinite |
| Control circuit | 2 | Google | No separate construction necessary.<br><br>Alternatively, if the term is determined to be means-plus-function, it should be construed as follows:<br><br>**Function:** realizing functions of the communications device<br><br>**Structure:** hardware and/or software that includes a processor that executes program code accessible from | Indefinite, 112 ¶ 6<br><br>**Function:** "for realizing functions of the wireless communications device" ('777 patent)<br>"for realizing functions of the communications device" ('913 patent)<br><br>**Structure:** none disclosed (Indefinite) |

3

| | | | a memory, as disclosed in Figures 1–3 and the text of the specification describing those figures | |
|---|---|---|---|---|

| The '913 Patent | | | | |
|---|---|---|---|---|
| **Term, Phrase, or Clause** | **Patent Claims** | **Proposing Party** | **L2MT's Construction** | **Google's Construction** |
| reset procedure | 1, 3 | Google | No construction is necessary; the proposed phrase is only in the preamble and thus nonlimiting.<br><br>In the alternative, if the Court decides that the phrase requires construction, then: "a procedure that includes resetting certain state variables to their original values and resetting configurable parameters | a procedure triggered to recover a protocol error in which all state variables, timers and configured values are set to their original states or original configured values, which is different from a reestablishment procedure |
| Control Circuit | 3 | Google | [See above for claim construction under the '777 disputed claim terms] | [See above for claim construction under the '777 disputed claim terms] |

Respectfully submitted,

December 24, 2021

By: */s/ Joseph F. Marinelli*
Timothy P. Maloney (IL 6216483)
Karl R. Fink (IL 6180508)
Joseph F. Marinelli (IL 6270210)
Evan J. Kline-Wedeen (IL 6329941)
**FITCH, EVEN, TABIN &
FLANNERY LLP**
120 S. LaSalle St., Suite 2100
Chicago, IL 60603
Telephone: 312.577.7000
tim@fitcheven.com
krink@fitcheven.com
jmarinelli@fitcheven.com
eklinewedeen@fitcheven.com

*Attorneys for Plaintiff*
*L2 Mobile Technologies LLC*

By: */s/ Deepa Acharya*
Charles Verhoeven (pro hac vice)
charlesverhoeven@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: 415-875-6600
Fax: 415-875-6700

Kevin Hardy (pro hac vice)
kevinhardy@quinnemanuel.com
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: 202-538-8000
Fax: 202-538-8100

Andrea Pallios Roberts (pro hac vice)
andrearoberts@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Telephone: 650-801-5000
Fax: 650-801-5100

Jason C. Williams
jasonwilliams@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7401
Fax: 212-849-7100

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS &
MCCONNICO, LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300

Facsimile: (512) 495-6399
pamstutz@scottdoug.com

*Counsel for Defendant*
*Google LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically filed on [Insert Date]

using the Court's CM/ECF system, which will send notice of such filing to all counsel of record

who are deemed to have consented to electronic service.

*/s/ Joseph F. Marinelli*
Joseph F. Marinelli